IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS JOHN KARL | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-2542 |
| | : | |
| MARINA BELEN DOMINGUEZ CIFUENTES, OLGA CIFUENTES and JULIO CESAR DOMINGUEZ | : | |

## ORDER

**AND NOW**, this 21st day of July, 2015, upon consideration of the Complaint and the Ex Parte Motion for Ne Exeat Order (Document No. 10), the defendant Marina Belen Dominguez Cifuentes' response to the motion, and after a hearing, it is **ORDERED** as follows:

1. The motion is **DENIED**; and

2. The complaint is **DISMISSED**.[1]

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.

---

[1] The dismissal is without prejudice to the plaintiff's proceeding in state court.